**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THEOPHILUS ILEVBARE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Removal from the Circuit Court of the |
| v. | ) | 18th Judicial Circuit, DuPage County, Illinois |
| | ) | |
| ENSONO LLC, | ) | Case No. 2023LA000930 |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

Defendant ENSONO LLC ("Ensono"), by and through its undersigned attorneys, in accordance with 28 U.S.C. § 1332, 1441, and 1446, removes to the U.S. District Court for the Northern District of Illinois, Eastern Division, the action styled *Theophilus Ilevbare v. Ensono LLC*, No. 2023LA000930, currently pending in the Circuit Court of The Eighteenth Judicial Circuit DuPage County, Illinois. In support of its Notice of Removal, Ensono states as follows:

1. On or about September 26, 2023, Plaintiff Theophilus Ilevbare ("Plaintiff") served Ensono with a copy of the Summons and Complaint. As required under 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Ensono are attached as Exhibit A.

2. Plaintiff's Complaint is brought pursuant to the Illinois Human Rights Act. *See* Complaint, included in Ex. A, "Introduction". Specifically, in Count I Plaintiff alleges Ensono subjected to him to discrimination based on race. Ex. A., ¶¶37-43. In Count II, Plaintiff alleges that he was subjected to retaliation. Ex. A., ¶¶44-48.

3. Plaintiff alleges in the prayer for relief that he seeks "compensatory damages, including, but not limited to, lost wages and benefits, in such amount as will reasonably compensation him for his losses, and including damages for emotional distress"; "interest on [his]

actual damages"; "his costs and non-taxable expenses in this action."; and "such other and further relief as the Court deems equitable and appropriate." *See* Exhibit A.

4. Ensono timely files this removal in accordance with 28 U.S.C. §§ 1441 and 1446, within 30 days after Ensono was served with a summons and Plaintiff's Complaint.

5. Removal is proper because this action is within the Court's original jurisdiction under 28 U.S.C. § 1332.

**DIVERSITY OF CITIZENSHIP**

6. The Court has original jurisdiction over this action under 28 U.S.C. § 1332 because the parties' citizenship is completely diverse and the amount in controversy exceeds $75,000.

7. Plaintiff's Complaint alleges that he is a resident of the state of Illinois *See* Ex. A, ¶11.

8. Plaintiff's Complaint alleges that Ensono is headquartered in Downers Grove, Illinois. *Id.*, ¶12. The Complainant does not allege where Ensono is incorporated. However, Ensono is incorporated in Delaware and its principal place of residency is in Delaware. *See* Exhibit B, Declaration of Neena Krishna Kumar.

9. A limited liability company ("LLC") is a citizen of any state in which an LLC member is a citizen. *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998).

10. Ensono, Inc., is the sole member of Ensono LLC and is incorporated in Delaware with its principal place of residency in Delaware. *See* Ex. B

11. Accordingly, there is complete diversity of citizenship between Plaintiff and Ensono.

**AMOUNT IN CONTROVERSY EXCEEDS THE JURISDICTIONAL MINIMUM**

12.     Plaintiff's Complaint seeks "compensatory damages, including, but not limited to, lost wages and benefits, in such amount as will reasonably compensation him for his losses, and including damages for emotional distress"; "interest on [his] actual damages"; "his costs and non-taxable expenses in this action."; and "such other and further relief as the Court deems equitable and appropriate." While Plaintiff has not quantified the monetary amount he claims for each category of damages, his complaint was filed in the Law Division and thereby seeks in excess of $50,000.00.

13.     However, based on the damages Plaintiff seeks, the amount in controversy readily exceeds the $75,000 diversity jurisdiction threshold. *Meridian Sec. Inc. Co. v. Sadowski*, 441 F.3d 536, 541, 43 (7th Cir. 2006) (a removing defendant must show what the plaintiff stands to recover, not what his or her actual recovery is likely to be). Courts consider economic, compensatory and punitive damages when determining whether the amount in controversy exceeds $75,000. *See Epstein v. Target Corp.*, No. 06 C 7025, 2007 WL 551552, at *3 (N.D. Ill. Feb. 15, 2007) ("[d]efendant provides three factual allegations to support removal: there exists an inference that the amount in controversy exceeds $75,000; Plaintiff's back-pay award alone could exceed $75,000; and the amount in controversy is met when considering Plaintiff's claim of compensatory and punitive damages"); *McCoy v. Gen. Motors Corp.*, 226 F. Supp.2d 939, 941 (N.D. Ill. 2002) (considering lost wages and emotional distress to determine whether the jurisdictional amount is met). Further, it is well established that attorneys' fees count toward the amount in controversy where fee-shifting is provided by the underlying claim, as here. *See Hart v. Schering-Plough Corp.*, 253 F.3d 272, 274 (7th Cir. 2001) (*Gardynski-Leschuck v. Ford Motor Co.*, 142 F.3d 955,

958 (7th Cir. 1998) ("Legal fees may count toward the amount in controversy when the prevailing party is entitled to recover them as part of damages").

14. Because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00, the Court has original jurisdiction under 28 U.S.C. § 1332.

**ALL OTHER REQUIREMENTS FOR REMOVAL HAVE BEEN MET**

15. Under 28 U.S.C. §§ 1441(a) and 1446(a), the U.S. District Court for the Northern District of Illinois is the appropriate court for removing an action from the Circuit Court of The Eighteenth Judicial Circuit DuPage County, Illinois, where this action was filed.

16. Promptly after filing its removal, Ensono provided written notice to Plaintiff and filed a copy of its removal notice with the Clerk of the Circuit Court of The Eighteenth Judicial Circuit, DuPage County, Illinois, as required under 28 U.S.C. § 1446(d).

**WHEREFORE,** Defendant ENSONO, LLC gives notice to this Court of the removal of this action from the Circuit Court of The Eighteenth Judicial Circuit, DuPage County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division.

DATED:   October 26, 2023                    Respectfully submitted,


By:   /s/ Jennifer L. Colvin
      One of the Attorneys for Defendant
      **ENSONO LLC**

Jennifer L. Colvin (ARDC No. 6274731)
**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone:  312.558.1220
*jennifer.colvin@ogletreedeakins.com*

4

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 26, 2023, the foregoing *Notice of Removal* was filed electronically with the Clerk of Court using the ECF system, and served via electronic delivery and U.S. Mail, first-class postage prepaid, upon the following:

Theophilus Ilevbare
1107 Rooney Dr,
Joliet, IL 60435

*/s/* Jennifer L. Colvin
One of the Attorneys for Defendant
**ENSONO LLC**